```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

OLYMPIC INVESTMENTS, INC.,
As Successor in Interest to
Viper Boats, Inc.                                    PLAINTIFF

        v.            Civ. No. 06-2165

FRANK BURNETT, DENNIS JOSLIN
2000, INC., (a/k/a DENNIS
JOSLIN COMPANY 2000, INC.),
GARVIN, AGEE, CARLTON &
MASHBURN, L.L.P., ALAN AGEE
and JOHN MASHBURN                                    DEFENDANTS

### J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' motion for summary judgment (Doc. 39) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 30th day of November 2007.

                                    */s/ Robert T. Dawson*
                                    Honorable Robert T. Dawson
                                    United States District Judge